35 So.3d 75 (2010)
Claybourne MOBLEY, Petitioner,
v.
Celeste KEMP, et al., Respondents.
No. 1D10-1089.
District Court of Appeal of Florida, First District.
May 10, 2010.
Claybourne Mobley, pro se, Petitioner.
Bill McCollum, Attorney General, and Lance Eric Neff, Assistant Attorney General, Tallahassee, for Respondents.
PER CURIAM.
DENIED. See Smartt v. First Union Nat'l Bank, 771 So.2d 1232 (Fla. 5th DCA 2000).
WEBSTER, LEWIS, and ROBERTS, JJ., concur.